UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW PAUL CARRASCO,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA HIGHWAY PATROL, et al.,<br><br>    Defendants. | Case No. 20-cv-01768-VC   (KAW)<br><br>**ORDER REGARDING DISCOVERY LETTER**<br><br>Re: Dkt. No. 30 |

On July 7, 2021, Defendants filed a unilateral discovery letter concerning Plaintiff Andrew Carrasco's failure to respond to Defendants' discovery requests. (Discovery Letter, Dkt. No. 30.) Discovery closed on June 30, 2021. (Dkt. No. 29.) The discovery letter was referred to the undersigned on July 19, 2021. (Dkt. No. 31.)

Defendants request that Plaintiff, who is pro se, be required to provide verified responses to Defendants' Interrogatories and Requests for Production within 30 days of the order. (Discovery Letter at 1.) Defendants state that the discovery letter was provided to Plaintiff, with a request for his portion of the letter. (*Id.* at 2.) In response, Plaintiff requested an additional 30 days to respond to the outstanding discovery. (*Id.*) Defendants indicated that they were open to the extension, but wanted a court order memorializing the agreement. (*Id.*) Plaintiff did not respond.

In light of Plaintiff's request for an additional 30 days to respond to discovery, the Court ORDERS Plaintiff to provide verified responses to Defendants' Interrogatories and Requests for Production within 30 days of the date of this order. Failure to do so may result in an order to show cause why Plaintiff should not be sanctioned. Plaintiff is reminded that he has chosen to bring this lawsuit, and must therefore comply with his discovery obligations by explaining his claims and

1  providing the relevant documents.

2  IT IS SO ORDERED.

3  Dated: July 30, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge