UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW PAUL CARRASCO,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL, et al.,<br><br>Defendants. | Case No. 20-cv-01768-VC (KAW)<br><br>**ORDER REGARDING DISCOVERY LETTER; ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 33 |

On July 30, 2021, the Court ordered Plaintiff Andrew Carrasco to provide verified responses to Defendants' Interrogatories and Requests for Production within 30 days. (Dkt. No. 32 at 1.) The Court warned that "[f]ailure to do so may result in an order to show cause why Plaintiff should not be sanctioned." (*Id.*)

On September 7, 2021, Defendants filed a unilateral discovery letter, stating that Plaintiff had still not provided any responses to Defendants' discovery requests. (Discovery Letter at 1, Dkt. No. 33.) Defendants' counsel further stated that she had informed Plaintiff, on August 31, 2021, that she intended to move for discovery sanctions, but that she had received no response. (*Id.* at 2.) Defendants thus requests that the Court issue an order to show cause. (*Id.* at 1.)

The Court GRANTS Defendants' request. Plaintiff is ORDERED to show cause, by **October 4, 2021**, why he should not be sanctioned by: (1) providing his verified responses to Defendants, and (2) explaining why he did not comply with the Court's previous deadline. Failure to do both **will** result in the Court recommending sanctions, including evidentiary sanctions prohibiting the use of any information not provided in the verified responses or dismissal of the case for failure to prosecute. As the Court previously noted, Plaintiff "has chosen to bring this lawsuit, and must therefore comply with his discovery obligations by explaining his claims and

1  providing the relevant documents." (Dkt. No. 32 at 1-2.)

2      IT IS SO ORDERED.

3  Dated: September 23, 2021

*[signature: Kandis Westmore]*
KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California